# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

**U.S.A. vs.**   **MARGARET ANNE FLANNERY**   **Date**: February 23, 2012

**Case No.**   3:09-CR-92   **At:** Knoxville

**PROCEEDINGS:   Sentencing Hearing** – Defendant sworn.  Defendant addresses the motion for variance, previously filed.  Government responds.  Witnesses, Barbara DiBenedetto and Patricia Swearingen, are called to testify on the defendant's behalf.  As to Count 5 of the Indictment, defendant is sentenced 3 years of probation.

**Present:   HONORABLE  THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE**

| | | Tracy Gostyla |
|---|---|---|
| Rachel Stone | Netta Kocuba | Ed Schmutzer |
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

David Eldridge
Loretta Cravens                                                                                   Joe Thomas
**Attorney for Deft**                                                                     **Probation Officer**

**Others present:**  CSO, USM
[X] Defendant is sworn
[X] Defendant is given opportunity to speak and [X] speaks;  [] declines to speak
[] Govt moves for downward departure  [] granted  [] denied
[] Dft moves for downward variance [] granted  [] denied
[X] Govt moves for third point reduction for acceptance of responsibility [X] granted  [] denied
[X] COURT PRONOUNCES JUDGMENT:
The defendant is sentenced to a term of 3 years of probation.

[X]  **Restitution:** $ 57,612.85   "joint and several?" **yes ()  no (x)** interest waived **yes (x)  no ()**
**Victim(s) Name/Amount:**

[X]  **Special Assessment:** $100.00
[]  **Fine:**
[] **COURT RECOMMENDS :**
[] Defendant remanded to custody  [X]  Released on bond
[] Defendant to self-report as notified by the U.S. Marshal

**Time   9:30    to       12:00**